IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00767-KLM

WENDY K. BROCK, an individual,
Plaintiff

v.

JEFFERSON HILLS CORPORATION, d/b/a JEFFERSON HILLS, INC.
a Colorado nonprofit corporation,
Defendant

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Wendy K. Brock, by and through her counsel, hereby gives notice of the voluntary dismissal of this action with prejudice. Each party shall be responsible for her or its respective costs and attorney's fees.

Respectfully submitted this 24th day of August 2021,

*Counsel for Plaintiff*

/s/  David J. Meretta
David J. Meretta
Miller & Law, P.C.
1900 W. Littleton Blvd.
Littleton, CO 80120
(303) 722-6500
(303) 722-9270 fax
djm@millerandlaw.com

## CERTIFICATE OF SERVICE

I certify that on August 24, 2021, a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed with the US District Court of Colorado CM/ECF System which will notify the following counsel:

Derek C. Anderson, Esq., Winget, Spadafora & Schwartzberg, LLP
2440 Junction Place, Suite 101
Boulder, CO 80301
*Attorneys for Defendant*

s/*Shannon B. Durbin*
Shannon B. Durbin, Miller & Law, PC